UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ALIDA DIAZ-COLON,**

    **Plaintiff,**

v.                                       **Case No: 6:19-cv-2234-Orl-41DCI**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

                                              /

**ORDER**

THIS CAUSE is before the Court on the Commissioner of the Social Security Administration's ("the Commissioner") Unopposed Motion for Entry of Judgment with Remand ("Motion," Doc. 19). United States Magistrate Judge Daniel C. Irick issued a Report and Recommendation ("R&R," Doc. 20) in which he recommends that the Motion be granted and the Court enter judgment in favor of Plaintiff and remand pursuant to sentence four of 42 U.S.C. § 405(g).

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the R&R. It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Unopposed Motion for Entry of Judgment with Remand (Doc. 19) is **GRANTED**. Plaintiff's benefits shall be reinstated in accordance with the Agency's rules. The Commissioner may, in his discretion and in accordance with

the Agency's rules, withhold attorney's fees from the payment of Plaintiff's past-due benefits, should he determine that it is appropriate to do so.

3. This case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

4. The Clerk is directed to enter judgment accordingly. Thereafter, the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 2, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record